UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE GORDON,<br><br>   Plaintiff,<br><br>   v.<br><br>SMARTSTOP SELF STORAGE,<br><br>   Defendant. | Case No. 2:18-cv-00786-APG-PAL<br><br>**ORDER DISMISSING CASE** |

Based on the allegations in the complaint, it does not appear that this court can exercise subject matter jurisdiction over this case. On May 2, 2018, I ordered the plaintiff to show cause why this case should not be dismissed for lack of jurisdiction. ECF No. 3. The plaintiff's response does not offer any facts sufficient for this court to exercise jurisdiction. ECF No. 4. The plaintiff may be able to prevail on her claims if they are filed in the state court, but this federal court simply has no jurisdiction to entertain those claims.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice for lack of subject matter jurisdiction. The clerk of the court is directed to close the case.

DATED this 4th day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE